UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERENCE STEWART (Dallas County Jail Booking No. 16061267), | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | 3:17-CV-0370-G (BN) |
| LUPE VALDEZ, Dallas County Sheriff and FREDERICK CERISE, Parkland Health and Hospital System CEO, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

   **SO ORDERED**.

March 3, 2017.

                                                    _____
                                                    **A. JOE FISH**
                                                    **Senior United States District Judge**